No. 93–1797. INSURANCE COMPANY OF NORTH AMERICA ET AL. v. MORTON INTERNATIONAL, INC. Sup. Ct. N. J. Motion

of Insurance Environmental Litigation Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 